Nathaniel R. Lucey (260796)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile (408) 354-8839
E-mail: nlucey@smwb.com

Attorneys for Defendants
REAL TIME RESOLUTIONS, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MENDOZA and LOUCHYA MENDOZA<br><br>Plaintiffs,<br><br>vs.<br><br>REAL TIME RESOLUTIONS, INC., and DOES 1-100, inclusive,<br><br>Defendant. | Case No: 2:23-at-528<br><br>San Joaquin Case No. STK-CV-URP-2023-5112<br><br>**REQUEST FOR REMOVAL** |

TO THE CLERK OF THE ABOVE TITLED COURT;

PLEASE TAKE NOTICE that defendant REAL TIME RESOLUTIONS, INC. (hereinafter "RTR") hereby requests removal to this Court of the state court action described below.

1. On May 18, 2023 an action was commenced in the Superior Court of the State of California in and for the County of San Joaquin entitled Fernando Mendoza and Louchya Mendoza *Plaintiffs, V. Real Time Resolutions Et. Al., Defendants,* as [STK-CV-URP-2023-5112]. A copy of all pleadings is attached to the Declaration of Nathaniel R. Lucey as Exhibit "A" and "B".

2. The first date upon which defendant became aware of removal jurisdiction was on

**REQUEST FOR REMOVAL**                                                                                                                                        1

May 18, 2023 when Defendant RTR was served with a copy of the said complaint and a summons from said state court.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 by virtue of Plaintiff's second cause of actions alleges violations of the Real Estate Settlement Procedures Act [RESPA]. [Complaint, ¶¶ 8-9] Defendant RTR may therefore petition for removal to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1332, this Court also has jurisdiction over this action because it is between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. [Complaint, ¶¶ 2, 4] Therefore, this action could have originally been filed in this Court and is now properly removed to this Court. Plaintiffs are residents of California and Real Time Resolutions, Inc. is headquartered and incorporated in Texas. "In actions seeking to enjoin residential foreclosures the amount in controversy may be based on the outstanding amount of the loan or the value of the property." *Mouri v. Bank of N.Y. Mellon,* No. EDCV 14-01643-VAP (DTBx), 2014 U.S. Dist. LEXIS 170365, at *1 (C.D. Cal. Dec. 9, 2014) citing *Harvey v. Bank of Am., N.A.,* 906 F. Supp. 2d 982, 988 n.2 (C.D. Cal. 2012) ("The object of this litigation is either Plaintiff's . . . residence, which is likely worth more than the jurisdictional amount of $75,000, or the amount owing under the notice of default.") Here, Plaintiff seeks a permanent injunction from selling their home. [Complaint, Pg:Ln 12:5-9]. The outstanding amount owed on the loan as set forth in the Notice of Default is $218,848.99. [Complaint at Exhibit A]

5. The action may be removed to the United States District Court for the Eastern District of California, because the events alleged in the Complaint involve real property located in the County of San Joaquin in the State of California [Complaint, ¶ 1].

6. At the present time counsel for RTR is the only Defendant named in the action.

7. My office will serve a Notice of Removal to the United States District Court on Plaintiff and will file the same with the Superior Court of California, county of San Joaquin.

Dated: June 5, 2023

**SWEENEY MASON LLP**

_____
NATHANIEL R. LUCEY, ESQ
Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

REQUEST FOR REMOVAL                                                                                                3