Nathaniel R. Lucey (260796)
Quyen V. Thai (316854)
**SWEENEY MASON LLP**
983 University Avenue, Suite 104C
Los Gatos, CA  95032-7637
Telephone:  (408) 356-3000
Facsimile    (408) 354-8839
nlucey@smwb.com
mthai@smwb.com

Attorneys for Defendants
REAL TIME RESOLUTIONS, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MENDOZA and LOUCHYA MENDOZA<br><br>Plaintiffs,<br><br>vs.<br><br>REAL TIME RESOLUTIONS, INC., and DOES 1-100, inclusive,<br><br>Defendant. | Case No: 2:23-cv-01073- KJM-DB<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant REAL TIME RESOLUTIONS, INC. ["Defendant"] and Plaintiffs FERNANDO MENDOZA and LOUCHYA MENDOZA [collectively "Plaintiffs"] hereby submit this stipulation pursuant to Local Rule 144 to extend the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint as follows:

1. Plaintiffs initiated this action in California Superior Court, San Joaquin County, on May 18, 2023. (ECF No. 1-2.)

2. Defendant was served with a copy of the complaint and summons from San Joaquin County Superior Court on May 18, 2023.

3. On June 5, 2023, Defendant removed this action to the United States District Court, Eastern District of California on grounds of federal question and diversity. (ECF No. 1)

4. The Court assumed jurisdiction and set a status conference on October 5, 2023. (ECF No. 3.)

5. Pursuant to Fed. R. Civ. Proc. 8(c), Defendant's response to the Complaint was due on June 12, 2023.

6. Counsel for Plaintiffs and counsel for Defendant met and conferred regarding a brief extension of time to allow parties to discuss the allegations in the Complaint and possible early resolution. On June 16, 2023, the parties submitted a stipulation pursuant to Local Rule 144 to extend the time for Defendant to respond to the Complaint by fifteen days.

7. In the interests of judicial economy and to preserve resources of the parties and the Court, Plaintiffs and Defendant agreed and stipulated to extend the time for Defendant to file a response to Plaintiffs' Complaint by fifteen (15) days, making the responsive pleading due on July 3, 2023. On June 16, the Court issued a minute order granting the extension to file a responsive pleading by fifteen days.

8. Since the Court granted the extension, Plaintiff's counsel and Defendant's counsel have engaged in further settlement discussions. Plaintiffs filed this action in response to Defendant initiating a non-judicial foreclosure on their home. The current settlement being discussed would include a pay-off of the underlying debt through a refinance and dismissal of this case. Additional time is needed for the parties to reach a settlement and complete the refinancing.

9. Defendant agrees to postpone the current foreclosure date at least ten days from the current date of July 5 so that the parties can pursue settlement. Plaintiff has agreed to extend the date for a responsive pleading to August 1.

NOW, THEREFORE, by and through their respective counsel of record, the parties hereby stipulate and agree that Defendant's answer or response to Plaintiffs' Complaint shall be due on August 1, 2023.

Dated: June 29, 2023            **SWEENEY MASON LLP**

                                                  /s/ Nathaniel R. Lucey
                                NATHANIEL R. LUCEY, ESQ
                                QUYEN V. THAI, ESQ
                                Attorneys for Defendant
                                REAL TIME RESOLUTIONS, INC.

Dated: June 29, 2023            **LAW OFFICES OF DENNIS RASMUSSEN**

                                /s/ Dennis Rasmussen (as authorized on June 29, 2023)
                                DENNIS RASMUSSEN, ESQ
                                Attorney for Fernando Mendoza and Louchya Mendoza

### ORDER

On June 30, 2023, Defendant Real Time Resolutions ("Defendant") and Plaintiffs Fernando Mendoza and Louchya Mendoza ("Plaintiffs") submitted a joint stipulation pursuant to Local Rule 144 to extend time the time for Defendant to respond to Plaintiffs' Complaint.

Having considered the parties' joint stipulation, the Court finds good cause and hereby GRANTS the Stipulation and ORDERS as follows:

1. The parties' joint stipulation to extend time for Defendant to respond to Plaintiffs' Complaint is GRANTED in full; and

2. Defendant Real Time Resolution shall respond to Plaintiffs' Complaint no later than August 1, 2023.

**IT IS SO ORDERED.**

DATED: July 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE